IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMIE MONTGOMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:23-cv-01262 |
| INTERNATIONAL BROTHERHOOD | ) Judge Aleta A. Trauger |
| OF ELECTRICAL WORKERS | ) |
| AFL-CIO (IBEW) LOCAL 429 and | ) |
| CONTI CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 119), is **ACCEPTED IN PART AND REJECTED IN PART**;

(2) Plaintiff Jeremie Montgomery's Objections to the R&R (Doc. No. 123) are **OVERRULED**;

(3) Conti's "Partial Objection" (Doc. No. 125) to the R&R is **SUSTAINED**; and

(4) Both defendants' Motions for Summary Judgment (Doc. Nos. 89, 96) are **GRANTED** in their entirety, and all pending claims are **DISMISSED**.

The trial scheduled for December 9, 2025 is **CANCELED**.

This is the final Order in this case, for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge